# United States Court of Appeals
## For the First Circuit

No. 10-2513

LORRAINE GUAY,

Plaintiff,

KEVIN GUAY,

Plaintiff, Appellant,

v.

THOMAS BURACK, Commissioner of the Department of Environmental Services for the State of New Hampshire; CONCORD POLICE DEPARTMENT; MICHAEL A. DELANEY, NH Attorney General; SEAN FORD, Detective, Concord Police Department; CONCORD, NH,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on April 19, 2012, is amended as follows:

On the cover sheet replace "THOMAS BURAK" with "THOMAS BURACK"